Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
562-437-4301
fax 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAERSK LINE, | ) | Case No. 11-CV-02926 –WBS-CKD |
| | ) | |
| Plaintiff, | ) | **IN ADMIRALTY** |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| HS TRADING COMPANY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Entry of Judgment filed herein:

IT IS ADJUDGED that Maersk Line recover from HS Trading Company, Inc. the sum of $163,700.97 and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: February 17, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )  ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On February 17, 2012 I served the foregoing document described as **[PROPOSED] JUDGMENT**

 on the interested parties as follows:

John L. Cammack
Michael & Cammack
Attorneys at Law
3247 W. March Lane, Suite 120
Stockton, CA 95219-2334

[x ] **BY MAIL:**   I caused such envelope to be deposited in the mail at Long Beach, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] **VIA CM/ECF:** Pursuant to General Order 10-7 the forgoing document was served on counsel via the Court's CM/ECF system.

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   Executed on February 17, 2012, at Long Beach, California.


                                        _s/Stephen M. Uthoff_____
                                              Stephen M. Uthoff

2